BEFORE THE FIRST DIVISION, JANUARY 8, 1958

**No. 61448.**—Leo Kleiner *v.* United States, protest 167797–K/13039 (New Orleans).

Opinion by MOLLISON, J. The protest was dismissed.

**No. 61449.**—Dorf International, Ltd., Agents *v.* United States, protest 295616–K (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, JANUARY 8, 1958

**No. 61450.**—Plymouth Import Corporation *v.* United States, protests 134239–K/1347, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electrical sockets similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (44 C. C. P. A. 77, C. A. D. 640), the claim of the plaintiff was sustained.